United States Courts
Southern District of Texas
FILED
July 07, 2022
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STAES OF AMERICA § § | |
| V. § § | CRIMINAL NO.: H-22-**323** |
| WESLEY ISSAC, § § § § JOSHUA ROLLINS, and KENNETH WASHINGTON     Defendants. | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment, HOT BOX SMOKE SHOP, is a Houston, Texas, based company engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

At all times material to this Indictment, ROCK N ROLL SMOKE SHOP, is a Houston, Texas, based company engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

## COUNT ONE

Title 18, United States Code, §§ 1951(a) and 2-Aiding and Abetting Interference with Commerce by Robbery

On or about June 4, 2022, in the Houston Division of the Southern District of Texas,

WESLEY ISSAC,
JOSHUA ROLLINS,
AND

KENNETH WASHINGTON

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of HOT BOX SMOKE SHOP, located at 4025 State Highway 6 North Houston, Harris County, Texas which was in the possession and custody of an employee of HOT BOX SMOKE SHOP, namely, merchandise and United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT TWO

Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2: -
Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about June 4, 2022, the Houston Division of the Southern District of Texas,

WESLEY ISSAC,
JOSHUA ROLLINS,
AND
KENNETH WASHINGTON

defendants herein, aiding and abetting others known and unknown to the Grand Jury did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery, as alleged in Count One.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

## COUNT THREE

Title 18, United States Code, §§ 1951(a) and 2-Aiding and Abetting Interference with Commerce by Robbery

On or about June 8, 2022, in the Houston Division of the Southern District of Texas,

WESLEY ISSAC,
JOSHUA ROLLINS,
AND
KENNETH WASHINGTON

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of ROCK N ROLL IT SMOKE SHOP, located at 3111 Fry Road Katy, Harris County, Texas, which was in the possession and custody of an employee of ROCK N ROLL IT SMOKE SHOP, namely, merchandise and United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT FOUR

Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2: -
Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about June 8, 2022, the Houston Division of the Southern District of Texas,

WESLEY ISSAC,
JOSHUA ROLLINS,
AND
KENNETH WASHINGTON

defendants herein, aiding and abetting others known and unknown to the Grand Jury did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery, as alleged in Count Three.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 924(c) as charged in Counts Two and Four, are subject to forfeiture, including, but not limited to, the following:

1. Any and All Firearms and Ammunition seized from the Ford F150 being driven and occupied by the defendants, at the time of the defendants' arrest on June 8, 2022.

TRUE BILL:

Original Signature on File
FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

BY: _____
JILL JENKINS STOTTS
Assistant United States Attorney